CHONG, NISHIMOTO, SIA,
   NAKAMURA & GOYA
A Limited Liability Law Partnership

ANN H. ARATANI          2766-0
Pauahi Tower, Suite 2500
1003 Bishop Street
Honolulu, Hawai'i   96813
Telephone No.:  (808) 537-6119
Facsimile No.:   (808) 526-3491
ann.aratani@hawadvocate.com

Attorney for Defendant
ASSOCIATION OF APARTMENT
OWNERS OF THE VILLAS AT
KAHANA RIDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| ELIZABETH A. KANE, Trustee in Bankruptcy for The Estate of Gilberto M. Sanchez,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ASSOCIATION OF APARTMENT OWNERS OF THE VILLAS AT KAHANA RIDGE, by and through Its Board of Directors, KAPONO F.H. KIAKONA, and PORTER MCGUIRE KIAKONA & CHOW, LLP,<br><br>　　　　　　Defendants. | CIVIL NO. 19-00359-DKW-KJM (Wrongful Foreclosure)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES;  AND ORDER<br><br><br><br><br><br><br>Trial Date:   None<br>Trial Judge:  Hon. Derrick K. Watson<br>Magistrate Judge:  Hon. Kenneth J. Mansfield |

[2019-382/#1134397]

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## OF ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED, by and through their respective undersigned counsel, that all claims and parties in the above-entitled action are hereby dismissed with prejudice, with each party bearing his/her/its respective attorneys' fees, experts' fees, consultants' fees, mediation fees, and any other fees, expenses, or costs related to or arising out of this litigation, related mediation, and/or the underlying claims.

This Stipulation is made pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, and LR41.1 *Local Rules of Practice for the United States District Court for the District of Hawai`i*.

Counsel for all appearing parties have signed this Stipulation. There are no remaining parties and/or claims.

No trial date is scheduled. United States Magistrate Judge Wes Reber Porter's entering order filed on March 29, 2021, vacated the prior trial date of February 7, 2022. *See* Dkt. No. 46 (EO re settlement).

It is understood and agreed that counsel of record for the respective parties have authorized the use of their electronic signatures to execute this

Stipulation on the date stated below, for filing through the Case Management & Electronic Case Filing (CM/ECF) system.

DATED: Honolulu, Hawai'i, October 7, 2021.

/s/ Timothy E. Ho
STEVEN K. S. CHUNG
TIMOTHY E. HO
Attorneys for Plaintiff
ELIZABETH A. KANE

DATED: Honolulu, Hawai'i, October 7, 2021.

/s/ Ann H. Aratani
ANN H. ARATANI
Attorney for Defendant
ASSOCIATION OF APARTMENT
OWNERS OF THE VILLAS AT
KAHANA RIDGE

DATED: Honolulu, Hawai'i, October 7, 2021.

                                        /s/ Duane R. Miyashiro
                                        DUANE R. MIYASHIRO
                                        Attorney for Defendants
                                        KAPONO F. H. KIAKONA and
                                        PORTER McGUIRE KIAKONA &
                                        CHOW, LLP

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawai`i, October 8, 2021.



                                        /s/ Derrick K. Watson
                                        Derrick K. Watson
                                        United States District Judge